IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAUN PATRICK AUSTIN,<br>Petitioner, | : | CIVIL ACTION |
| v. | : | NO. 17-cv-981 |
| SUPERINTENDENT FERGUSON, et al.,<br>Respondents. | : | |

**ORDER**

This 10th day of January, 2018, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C.§ 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, and Petitioner's objections, it is hereby ORDERED that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
GERALD AUSTIN McHUGH, J.

ENT'D JAN 1 0 2018